THAYER v. LEASING CORP.

No. 42 PC.

Case below: 5 N.C. App. 453.

Petition for writ of *certiorari* to North Carolina Court of Appeals denied 23 September 1969.

TRUELOVE v. INSURANCE CO.

No. 23 PC.

Case below: 5 N.C. App. 272.

Petition for writ of *certiorari* to North Carolina Court of Appeals denied 29 August 1969.

WARD v. CLAYTON, COMR. OF REVENUE

No. 18 PC.

Case below: 5 N.C. App. 53.

Petition for writ of *certiorari* to North Carolina Court of Appeals allowed 29 August 1969.

WHITLEY v. REDDEN

No. 62 PC.

Case below: 5 N.C. App. 705.

Petition for writ of *certiorari* to North Carolina Court of Appeals allowed 16 October 1969.

WILSON v. DEVELOPMENT CO.

No. 45 PC.

Case below: 5 N.C. App. 600.

Petition for writ of *certiorari* to North Carolina Court of Appeals allowed 18 September 1969.